**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, Ryan Christopher Jackson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN CHRISTOPHER JACKSON,<br><br>Defendant. | CASE NO.  6:13-cr-00003-MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 2, 2014; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for November 14, 2013, **be continued to January 2, 2014, at 10:00 A.M.**  Defense counsel requests additional time to coordinate a client meeting to review the government's plea offer with the client.  The defendant lives in Auburn, California, and requires a sign language interpreter.

///
///
///
///
///
///
///

STIPULATION TO CONTINUE
STATUS CONFERENCE TO
JANUARY 2, 2014                                                                                                                     1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  November 7, 2013              /S/ Carol Ann Moses
                                      CAROL ANN MOSES
                                      Attorney for Defendant,
                                      RYAN CHRISTOPHER JACKSON

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  November 7, 2013              /s/ Ian Whitney
                                      IAN WHITNEY
                                      Special Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

   Dated:  **November 8, 2013**

                                      UNITED STATES MAGISTRATE JUDGE