**CAROL ANN MOSES  #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Ryan Christopher Jackson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>RYAN CHRISTOPHER JACKSON,<br><br>              Defendant. | CASE NO.  6:13-cr-00003-MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 20, 2014; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for January 2, 2014, **be continued to March 20, 2014, at 10:00 A.M.**  Defense counsel requests additional time for further defense investigation and plea negotiation.  The parties are in active settlement negotiations and by March 20, 2014, believe the case will be resolved or ready to select a trial date.

///

///

///

///

///

///

STIPULATION TO CONTINUE
STATUS CONFERENCE TO MARCH 20, 2014

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  December 26, 2013        /S/ Carol Ann Moses
                                 CAROL ANN MOSES
                                 Attorney for Defendant,
                                 RYAN CHRISTOPHER JACKSON

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  December 26, 2013        /s/ Ian Whitney
                                 IAN WHITNEY
                                 Special Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties, the Status Conference is continued to **March 20, 2014, at 11:00 A.M. in Courtroom 9 before Magistrate Judge Stanley A. Boone**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

   Dated:   **December 27, 2013**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE