# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:13-cr-00003-MJS |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S STATUS REPORT ON** |
| | ) | **UNSUPERVISED PROBATION** |
| RYAN CHRISTOPHER JACKSON, | ) | |
| Defendant. | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.21(c) - Operating a Vehicle at a Speed in Excess of the Speed Limit, 36 CFR 2.35(b)(2) – Possession of a Controlled Substance, 36 CFR 2.31(a)(3) – Vandalism, 36 CFR 2.34(a)(4) – Disorderly Conduct

**Sentence Date:** May 1, 2014

**Review Hearing Date:** November 6, 2014

**Probation Expires On:** April 30, 2015

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,540.00

Fine: $ 1500.00  Special Assessment: $ 40.00 Processing Fee: $ Choose an item.

☒ Payment schedule of $ 150.00  per month.

☐ **Community Service Hours Imposed of:** Click here to enter text.

☒ **Other Conditions:** Mr. Jackson is to pay $120.00 restitution to Yosemite National Park.  Mr. Jackson is to enroll in an anger management course by November 6, 2014.

### COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has obeyed all  federal, state and local laws.

If not, describe offenses: Click here to enter text.

☒ To date, Defendant has paid a total of $ 700.00

☒ If not paid in full when was last time payment:   Date: 10/6/2014

Amount:  100.00

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☒ Compliance with Other Conditions of Probation:  Mr. Jackson has enrolled in a 20 hour anger management course.  He has not been able to pay anything toward the restitution yet.

*GOVERNMENT POSITION:*

☐     The Government agrees to the above-described compliance.

☒     The Government disagrees with the following area(s) of compliance: Defendant was to pay $150.00 per month beginning June 1, 2014.  As of October 1, 2014 this would be total payment of $750.00.  Defendant has paid $700.  Gov't will run a report on Nov. 1, 2014 to see if November payment and overdue amount have been brought up to date. Click here to enter text.

Government Attorney:  Bayleigh J. Pettigrew

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 11/6/2014 at 10:00     am

        ☐     be continued to Click here to enter a date. at 10:00 a.m.; or

        ☒     be vacated or

☒     that Defendant's appearance for the review hearing be waived.

DATED: 10/28/2014                                     /s/ Carol Ann Moses
                                                                       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

IT IS HEREBY ORDERED that the Defendant's request is:

☒     DENIED in part. The Court denies the defendant's request to vacate the hearing. Defendant's counsel may appear by telephone and is instructed to contact Courtroom Clerk Mamie Hernandez for the call-in number and access code.

☒     GRANTED in part.  The Court waives the Defendant's appearance for this hearing only but the Defendant will be ordered to appear at a future hearing to be set on November 6, 2014.

IT IS SO ORDERED.

Dated:  **October 29, 2014**

                                                      UNITED STATES MAGISTRATE JUDGE