# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:** RYAN CHRISTOPHER JACKSON  **Docket Number:** 6: 13 CR 00003 SAB

**Name of Sentencing Judicial Officer:** United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 5/1/2014

**Original Offense:** 36 CFR § 4.2(C)- Operating a Motor Vehicle at a Speed in Excess of the Speed Limit, 36 C.F.R. § 2.35(b)92)- Possession of a Controlled Substance, 36 C.R.F. § 2.31(a)(3)- Vandalism and 36 C.F.R. § 2.34(a)(4)- Disorderly Conduct

**Original Sentence:** Unsupervised probation for 12 months to expire on April 30, 2015. As condition of probation; obey all laws; pay a fine in the amount of $1,500.00, penalty assessments of $40.00; restitution to Yosemite National Park in the amount of $120.00 and enroll by November 6, 2014 and complete an anger management course

**Type of Supervision:** Unsupervised by Probation Office

**Date Supervision Commenced:** 5/1/2014

**Other Court Actions:** None

| Charge Number | Nature of Violation |
|---|---|
| 1. | New Law Violations: |

On September 17, 2014, defendant was arrested for Reckless Driving on a Highway (CVC § 23103(A)) and Willful Cruelty to a Child (PC 273A(B))

On September 25, 2014, defendant was convicted of a misdemeanor violation of PC 417(A)(1)(Sacramento County Superior Court- 14M06726). Mr. Jackson was found guilty by a jury and was sentenced to 60 days in custody; 3 years of informal probation; and 52 weeks of anger management classes either in person or online.

On December 31, 2014, defendant was convicted of Driving Faster Than 65 MPH on a Highway (CVC § 22349(A)).

RE: **RYAN CHRISTOPHER JACKSON**                    Docket Number: 6: 13 MJ 0003 SAB

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**
Fresno, California

Respectfully submitted,

*[signature: Brian J. Bedrosian]*

**BRIAN J. BEDROSIAN**
Senior United States Probation Officer
Telephone: 559-499-5700

**DATED:** 12/11/2014

Reviewed by,

*[signature: Robert A. Ramirez]*

**ROBERT A. RAMIREZ**
Deputy Chief United States Probation Officer

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ The issuance of a warrant.

☐ The issuance of a summons (copy to Defense Counsel).

☒ Other: Defendant was previously ordered to appear and shall appear on May 7, 2015 at 10:00 a.m.

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐ Defendant is ordered detained, to be brought before Magistrate Judge forthwith.

☐ Initial appearance and detention hearing before a Magistrate Judge.

IT IS SO ORDERED:

DATED: **Apr 10, 2015**

*/s/ Stanley A. Boone*
STANLEY A. BOONE
United States Magistrate Judge

CC: