# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:13-cr-00003-SAB |
| Plaintiff, ) | |
| v. ) | **REVISED** |
| ) | **DEFENDANT'S STATUS REPORT ON** |
| RYAN CHRISTOPHER JACKSON, ) | **UNSUPERVISED PROBATION** |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Violation of Unsupervised Probation

**Sentence Date:** May 7, 2015

**Review Hearing Date:** March 3, 2016

**Probation Expires On:** May 6, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:**

☐ Payment schedule of   per month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Mr. Jackson is to complete an anger management course.

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:     Date:
                                                         Amount:

☐ To date, Defendant has performed Click here to enter text.

☒ Compliance with Other Conditions of Probation: Mr. Jackson completed 10 hours of anger management classes ordered by this Court.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐

DATED: 2/25/2016

/s/ Henry Z. Carbajal  
HENRY Z. CARBAJAL  
Government Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for March 3, 2016 at 10:00 a.m.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 2/25/2016

/s/ Carol Ann Moses  
DEFENDANT'S ATTORNEY

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **February 26, 2016**

UNITED STATES MAGISTRATE JUDGE