# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN JACKSON,<br><br>　　　　　Defendant. | Case No.  6:13-cr-00003-SAB<br><br>ORDER DENYING CJA VOUCHER |

On October 11, 2016, attorney Carol Moses submitted a CJA voucher to be reimbursed for services in this action from June 27, 2013 to April 2, 2015.  (ECF No. 5.)  However, upon review of the record in this action, Ms. Moses submitted a notice of appearance in this action on July 16, 2013, but no CJA appointment was entered until May 18, 2015.  (ECF No. 32.)   No present record exists as to why CJA funds should be received prior to that time.

Further, the Court notes that pursuant to the CJA Guide, § 230.13, vouchers are to be submitted no later than 45 days after the final disposition of the case, unless good cause is shown.  Judgment was entered in this action on May 9, 2014, and counsel did not submit the voucher until October 11, 2016.  The voucher submitted more than two years after the entry of judgment is untimely and counsel has not shown good cause for the failure to comply with section 230.13.

/ / /

/ / /

1  Accordingly, the CJA voucher for reimbursement for work performed in this action for
2  the period of June 27, 2013 to April 2, 2015, is HEREBY DENIED without prejudice

IT IS SO ORDERED.

Dated: __**October 27, 2016**__

UNITED STATES MAGISTRATE JUDGE